UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 1871<br>07-md-01871<br><br>Judge: Honorable Cynthia Rufe |
| THIS DOCUMENT APPLIES TO: | | |
| *Alaimalo, et al. v. McKesson, et al.* | ) | 2:13-cv-05870 |
| *Ashley, et al. v. McKesson, et al.* | ) | 2:13-cv-05836 |
| *Boreni, et al. v. McKesson, et al.* | ) | 2:13-cv-05830 |
| *Brock, et al. v. McKesson, et al.* | ) | 2:13-cv-05871 |
| *Butler, et al. v. McKesson, et al.* | ) | 2:13-cv-05873 |
| *Cruz, et al. v. McKesson, et al.* | ) | 2:13-cv-05829 |
| *Dudley, et al. v. McKesson, et al.* | ) | 2:13-cv-05877 |
| *Flores, et al. v. McKesson, et al.* | ) | 2:13-cv-05872 |
| *Fortune, et al. v. McKesson, et al.* | ) | 2:13-cv-05879 |
| *Johnson, et al. v. McKesson, et al.* | ) | 2:13-cv-05831 |
| *Jones, et al. v. McKesson, et al.* | ) | 2:13-cv-05870 |
| *Messih, et al. v. McKesson, et al.* | ) | 2:13-cv-05874 |
| *Muniz, et al. v. McKesson, et al.* | ) | 2:13-cv-05835 |
| *Ortiz, et al. v. McKesson, et al.* | ) | 2:13-cv-05875 |
| *Parks, et al. v. McKesson, et al.* | ) | 2:13-cv-05876 |
| *Torres, et al. v. McKesson, et al.* | ) | 2:13-cv-05832 |
| *Yaqub, et al. v. McKesson, et al.* | ) | 2:13-cv-05822 |
| *Zavala, et al. v. McKesson, et al.* | ) | 2:13-cv-05834 |

## **ENTRY OF APPEARANCE**

TO THE CLERK:

      Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matter.

DATED: November 15, 2013

                                                       Respectfully submitted,

                                                       /s/ W. Steven Berman
                                                  W. Steven Berman, Esq.

Napoli Bern Ripka Shkolnik
& Associates LLP
1 Greentree Centre, Suite 201
Marlton, New Jersey 08053
Phone**:** 856-988-5574

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email address denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 15, 2103                                Respectfully submitted,

By: _____
Staesha Rath
NAPOLI BERN RIPKA SHKOLNIK
350 Fifth Avenue
New York, NY